# VERNER SIMON

30 WALL STREET, 8TH FLOOR ▪ NEW YORK, NEW YORK 10005 ▪ (212) 502 5500 / (212) 502 5400 FAX

February 9, 2024

**VIA ECF**
Hon. Jennifer H. Reardon
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/12/2024
```

Re: *Harmon et al. v. Mosley et al.*
Case No.: 23-cv-04225

Dear Judge Reardon:

We are counsel for the Plaintiffs. Pursuant to Individual Rule 2(e) we request that the Initial Pretrial Conference set for February 16, 2024 be adjourned until March 16, 2024, or the first convenient date thereafter. This request is on consent of all the parties.

The Court will recall that this matter involves a suit to recover Plaintiffs' music producer royalties alleged to be owed to the Plaintiffs by Defendants and an alleged breach of a prior settlement agreement between certain of the parties.

Our last request for an adjournment was propelled by the principal Plaintiff Jerome Harmon's personal issues including successive deaths in his immediate family. Moreover, as we reported last, Plaintiffs engaged specialist counsel, Michael Selverne, to work on settlement issues with Defendants. The principal obstacle the parties have faced in this process is access to relevant royalty information. As of today, Plaintiff's counsel of record can report that we have seen a draft settlement agreement and that the specialist counsel and defense counsel seem optimistic that the agreement may be concluded before we need to appear at a March conference.

It appearing that the most efficient manner of moving forward is to wait for that agreement to be concluded, we believe this second request for an adjournment is well-founded.

We thank the Court in advance for its consideration of this request

Respectfully submitted,
VERNER SIMON

*s/ Paul W. Verner*
Paul W. Verner

Application GRANTED. The Initial Pretrial Conference is adjourned to **Wednesday, March 20, 2024** at **11:30 a.m**. If the parties have not filed a stipulation of dismissal by Friday, March 8, 2024, they shall file the joint letter described in ECF No. 37. The Initial Pretrial Conference will not be further adjourned absent extraordinary circumstances. The Clerk of Court is directed to terminate ECF No. 40. SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: February 12, 2024