UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESLIE JEROME HARMAN p/k/a "J-ROC," et al.,
                           Plaintiffs,

-v-                                             23-CV-4225 (JHR) (RFT)

**CORRECTED ORDER**

TIMOTHY ZACHARY (ZEDD) MOSLEY, et al.,
                           Defendants.

**ROBYN F. TARNOFSKY,** United States Magistrate Judge.

       By Order of Reference dated April 22, 2024 (ECF 47), Judge Jennifer H. Rearden referred this case to Magistrate Judge Sarah Netburn for general pretrial supervision, including scheduling, discovery, non-dispositive pretrial motions, and settlement. On April 23, 2024, that referral was reassigned to me.

       This action is scheduled for a telephonic pre-settlement conference on **Thursday, May 2, 2024 at 11:00 AM**. Counsel are directed to join the conference via Microsoft Teams at the scheduled time by dialing **(646) 453-4442, Access Code: 777 152 284 #**.

Dated:      April 30, 2024
               New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge