UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESLIE JEROME HARMAN p/k/a "J-ROC", et al.,
                              Plaintiffs,

          -v-                                                          23-CV-04225 (JHR) (RFT)

                                                                       **ORDER**

TIMOTHY ZACHARY (ZEDD) MOSLEY, et al.,
                              Defendants.

**ROBYN F. TARNOFSKY,** United States Magistrate Judge.

On or before **July 15, 2024**, the parties shall meet for at least one hour to discuss the possibility of settlement. The parties shall file joint updates on the status of discovery on the following dates: **July 15; July 29; August 12; August 26; and September 9, 2024**. The parties shall meet and confer before **August 7, 2024** on the issue of whether Plaintiffs' requested discovery from the Hipnosis Defendants is appropriate. Defendants shall serve their objections and responses to Plaintiffs' initial discovery requests by **August 7, 2024**, along with any motion directed at Plaintiffs' requested discovery from the Hipnosis Defendants. If Defendants file a motion directed at Plaintiffs' requested discovery from the Hipnosis Defendants, Plaintiffs shall have until **August 14, 2024** to oppose that motion; no reply in further support of such a motion is permitted without leave of Court. The parties are cautioned that I am unlikely to extend the deadline for completing all fact discovery (September 16, 2024) without good cause shown. A separate order will follow setting a settlement conference for late August 2024.

The Clerk of Court is respectfully requested to terminate ECF 55.

Dated:        July 8, 2024
              New York, NY

                                                  SO ORDERED.

                                                  _____
                                                  **ROBYN F. TARNOFSKY**
                                                  United States Magistrate Judge