UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LESLIE JEROME HARMAN p/k/a "J-ROC", et al.,
　　　　　　　　　　　　　　　　Plaintiffs,

-v-　　　　　　　　　　　　　　　　　　　　　　　　23-CV-4225 (JHR) (RFT)

　　　　　　　　　　　　　　　　　　　　　　　　**ORDER**

TIMOTHY ZACHARY (ZEDD) MOSLEY, et al.,
　　　　　　　　　　　　　　　　Defendants.

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　This action is scheduled for a telephonic conference on **August 29, 2024 at 11:30 AM**.

Counsel for the parties are directed to call my conference line at the scheduled time by dialing

**(646) 453-4442, Access Code: 761 861 184 #.**

DATED:　August 26, 2024
　　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge