UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Leslie Jerome Harmon, et al.,<br><br>                  Plaintiffs,<br><br>  -against-<br>Timothy Zachary (Zedd) Mosley, et al.,<br><br>                  Defendants. | 23-CV-04225 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

At the parties' request, the telephonic discovery conference scheduled for August 29, 2024 is rescheduled to **September 11, 2024** at **10:00 AM**. Counsel for the parties are directed to call my conference line by dialing (646) 453-4442, Access Code: 761 861 184 #.

The settlement conference scheduled for September 13, 2024 is rescheduled to **October 28, 2024** at **2:00 PM** in Courtroom 9B at 500 Pearl Street, New York, NY. The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than October 21, 2024, at 5:00 p.m.

So that I can better assess the need for an extension of the discovery deadlines and, if there is such a need, to determine the duration, the parties are directed by **August 30, 2024** to provide the following information about pending third-party discovery: 1) the names of the entities from which such discovery has been sought; 2) for each such entity, the date the discovery request was made; and 3) a description of the communications with each such entity about their anticipated compliance with the discovery requests, including the dates of such communications.

The Clerk of Court is respectfully requested to terminate ECF 76.

DATED:  August 27, 2024
            New York, NY

SO ORDERED

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE