UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Leslie Jerome Harmon, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> Timothy Zachary (Zedd) Mosley, et al., <br><br> Defendants. | 23-CV-4225 (JHR) (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Application DENIED. The parties are directed to continue providing joint weekly status updates. The deadline for the status update that was due on October 25, 2024 is extended nunc pro tunc until October 29, 2024. To the extent that Plaintiffs believe that "a discovery conference will be required based upon unresolvable disputes with the Mosley Defendants," Plaintiff shall by **November 1, 2024** file a letter motion seeking a discovery conference to address such disputes before the November 15, 2024 fact discovery deadline. I do not anticipate granting any further extensions of the fact discovery deadline absent extremely good cause shown, and a failure to promptly raise discovery disputes with me would not constitute such extremely good cause. The Clerk of Court is respectfully requested to terminate ECF 107 and ECF 110.

DATED:  October 28, 2024
        New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge