UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Leslie Jerome Harmon, et al.,<br><br>                Plaintiffs,<br><br>  -against-<br><br>Timothy Zachary (Zedd) Mosley, et al.,<br><br>                Defendants. | 23CV4225 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      To the extent that Plaintiffs have already made their 26(g) certification in connection with their document production, they need not do so again. To the extent they have not done so, they shall provide such certification by **November 20, 2024**.

      The schedule for discovery is amended as follows: 1) Plaintiffs shall provide expert reports, if any, by **January 4, 2025**; 2) Defendants shall provide expert reports, if any, by **January 24, 2025**; 3) Expert depositions, if any, shall take place during the week of **January 27, 2025**; 4) the two depositions referenced in this update as being anticipated to take place in December shall be held on or before **December 20, 2024**; 5) additional party depositions, if any, including any 30(b)(6) depositions, shall be completed by **January 17, 2025**; and 6) additional depositions of non-parties, if any, shall be completed by **January 31, 2025**. No further extensions of these deadlines will be granted absent extremely good cause shown.

DATED:  November 18, 2024
              New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge