UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Leslie Jerome Harmon, et al.,<br><br>　　　　　Plaintiffs,<br><br>　-against-<br>Timothy Zachary (Zedd) Mosley, et al.,<br><br>　　　　　Defendants. | 23-CV-04225 (JHR) (RFT)<br><br>**AMENDED ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　To the extent that Plaintiffs have already made their 26(g) certification in connection with their document production, they need not do so again. To the extent they have not done so, they shall provide such certification by **November 20, 2024**.

　　The schedule for discovery is amended as follows: 1) Plaintiffs shall provide expert reports, if any, by **January 4, 2025**; 2) Defendants shall provide expert reports, if any, by **January 24, 2025**; 3) Expert depositions, if any, shall take place during the week of **January 27, 2025**; 4) the two depositions referenced in the parties' update as being anticipated to take place in December (depositions of Messors. Leibowitz, and Mercuriadis) shall be held on or before **December 20, 2024**; 5) additional party depositions, if any, including any 30(b)(6) depositions, shall be completed by **January 17, 2025**; and 6) additional depositions of non-parties, if any, shall be completed by **January 31, 2025**. To the extent that Relief Defendants are unwilling or unable to make Mr. Mercuriadis available for deposition, and Plaintiffs still wish to take his deposition, Plaintiffs shall, by **November 22, 2024**, begin the process of seeking to compel his deposition. No further extensions of these deadlines will be granted absent extremely good cause shown.

DATED:　November 19, 2024
　　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge