UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESLIE JEROME HARMAN p/k/a "J-ROC", et al.,
                Plaintiffs,

-v-

TIMOTHY ZACHARY (ZEDD) MOSLEY, et al.,
                Defendants.

23-CV-04225 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY,** United States Magistrate Judge.

The parties are required to submit joint updates on the status of discovery on a weekly basis. (*See* ECF 83.). The parties have not filed the update that was due on November 22, 2024. I am sua sponte extending the deadline for the update nunc pro tunc until **Wednesday, November 27, 2024**. In light of the holiday, the parties are not required to also file the weekly status update that would otherwise be due on November 29, 2024.

Dated:    November 26, 2024
           New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge