UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESLIE JEROME HARMAN p/k/a "J-ROC", et al.,
                Plaintiffs,

-v-                                            23-CV-04225 (JHR) (RFT)

TIMOTHY ZACHARY (ZEDD) MOSLEY, et al.,          **ORDER**
                Defendants.

**ROBYN F. TARNOFSKY,** United States Magistrate Judge.

      The parties are required to submit joint updates on the status of discovery on a weekly basis. (See ECF 83.). The parties have not filed the update that was due on January 3, 2025. I am sua sponte extending the deadline for the update nunc pro tunc until **January 8, 2025**.

Dated:        January 6, 2025
                New York, NY

                                                SO ORDERED.

                                               **ROBYN F. TARNOFSKY**
                                               United States Magistrate Judge