UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Leslie Jerome Harmon, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> Timothy Zachary (Zedd) Mosley, et al., <br><br> Defendants. | 23cv4225 (JHR) (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The parties shall file letters on the docket by **January 24, 2025** setting out their availability and the availability of their experts for deposition on all dates beginning January 28, 2025 up to and including February 6, 2025. Their letters shall include their positions on whether they consent to remote depositions of the opposing parties' experts. The parties are expected inform me by **January 27, 2025** of the dates scheduled for all expert depositions.

Plaintiffs' motion to amend the complaint is due by **January 27, 2025**. Opposition papers shall be filed by **February 10, 2025**. Reply papers shall be filed by **February 18, 2025**. The parties' issues concerning Plaintiffs' privilege log have been resolved consensually. For the reasons stated at the conference, Plaintiffs' application to compel responses to questions posed at the deposition held on January 21, 2025 is denied without prejudice to Plaintiffs' renewing the application if Plaintiffs' anticipated motion to amend is granted.

The Clerk of Court is respectfully requested to terminate ECF 156 and ECF 159.

DATED: January 24, 2025
         New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge