UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Leslie Jerome Harmon,<br><br>    Plaintiff,<br><br> -against-<br><br>Bronz & Brainz Productions, Inc.,<br><br>    Defendant. | 23cv04225 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  The settlement conference scheduled for Friday, February 7, 2025 is rescheduled until **Wednesday**, **March 12, 2025 at 9:00am** in Courtroom 9B at 500 Pearl Street, New York, NY. Principals with settlement authority and counsel are expected to attend in person. The parties are instructed to provide updated Ex Parte Settlement Conference Summary Reports and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **5:00pm Eastern on February 5, 2025**.

  The deadline for filing a motion for leave to amend is extended until **5:00pm Eastern on February 7, 2025**. The deadline to file opposition papers is extended until **5:00pm Eastern on February 14, 2025**, and the deadline to file a reply is extended until **5:00pm Eastern on February 21, 2025**. The deadline for completing expert discovery is extended until **February 21, 2025.**

  The parties shall file letters on the docket by **5:00pm Eastern on February 10, 2025** indicating the schedule for expert depositions, including whether the depositions will be remote or in person. I do not anticipate granting any further extensions of the discovery

deadlines or the briefing schedule for the anticipated motion to amend without extraordinarily good cause.

The Clerk of Court is respectfully requested to terminate ECF 173.

DATED: February 3, 2025　　　　　　　　　　　　SO ORDERED.
　　　　　New York, NY

**ROBYN F. TARNOFSKY**
United States Magistrate Judge