UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESLIE JEROME HARMON, et al.,<br><br>                   Plaintiffs,<br><br>  -against-<br>TIMOTHY ZACHARY (ZEDD) MOSLEY, et al.,<br><br>                  Defendants. | 23cv4225 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

       The anticipated motion to disqualify Mr. Davis as counsel shall be filed on or before August 15, 2025; the opposition shall be filed by September 5, 2025; and the reply papers shall be filed by September 26, 2025. Any motions for summary judgment shall be filed by September 5, 2025; oppositions shall be filed by September 26, 2025; and reply papers shall be filed by October 17, 2025.

DATED:  July 18, 2025
                New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge