UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESLIE JEROME HARMON,<br><br>　　　　　　Plaintiff,<br><br>　-against-<br>TIMOTHY ZACHARY (ZEDD) MOSLEY, et al.,<br><br>　　　　　　Defendant. | 23cv04225 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　Mosley Defendants' motion for a stay of the briefing (ECF 251) on Mono Defendants' motion for summary judgment (ECF 245) is GRANTED IN PART, in that the deadline for opposing the motion for summary judgment is extended from September 26, 2025 to October 31, 2025, and the deadline for the reply in further support of Mono Defendants' motion for summary judgment is extended from October 17, 2025 to November 21, 2025. Plaintiffs' motions for an extension of time to file papers in support of the motion to stay (ECF 256, 257) are DENIED AS MOOT.

　　The Clerk of Court is respectfully requested to terminate ECF 251, 256, and 257.

DATED:　August 15, 2025
　　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge