**GT GreenbergTraurig**

Jonathan R. Cyprys
Tel 914.286.2932
Fax 914.286.2990
cyprysj@gtlaw.com

August 19, 2025

**VIA ECF**
The Honorable Robyn F. Tarnofsky
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, New York 10007

**Application granted. Mosley Defendants' Motion to Disqualify can be filed by 5 P.M. on August 20, 2025 with the additional 1,000 word-count.**

SO ORDERED

*[signature]*
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

**Date: August 20, 2025**
**New York, NY**

Re:   *Harmon, et al. v. Mosley, et al.* Case No. 1:23-cv-04225 (JHR) (RFT)

Dear Judge Tarnofsky:

Defendants Mr. Timothy Mosley ("Mr. Mosley"), Timbaland Productions, Inc. ("TPI"), and Mosley Music LLC ("MML") (collectively, the "Mosley Defendants") hereby move for an order granting the Mosley Defendants i) a 24-hour extension to file, up to and including August 20, 2025 at 5:00 p.m., and ii) an additional 1,000-word-count extension for the Mosley Defendants' Motion to Disqualify ("Motion"). It is our understanding that Mono consents to the Mosley Defendants' request for a 24-hour extension of time and does not consent to the Mosley Defendants' request for an additional word-count extension for its Motion to Disqualify.

Both extensions are sought to permit the Mosley Defendants to assess and address the legal significance of Mono Music Group's ("Mono") new counsel filing notices of appearance in this matter on its Motion to Disqualify. The Mosley Defendants learned for the first time at approximately 12:30 p.m. today that Mono had retained new counsel to represent it in *this litigation*. (Dkt. Nos. 264, 265). Preliminarily, it is the Mosley Defendants' position that it is entirely unnecessary for Mono to continue to be represented by a conflicted attorney still in possession of the Mosley Defendants' litigation file when Mono has already retained new counsel. *See e.g., Burnett v. Rowzee*, 2007 U.S. Dist. LEXIS 89799, at *13 (C.D. Cal. Nov. 26, 2007) (recognizing that a defendant having "already retained new counsel" is a fact that "belie[s]" the notion that disqualification will cause delay).

The Mosley Defendants seek time and additional words to assess and brief this new issue, and, accordingly, respectfully request that the Court grant this Motion.

Respectfully submitted,

*/s/ Jonathan R. Cyprys*

Jonathan R. Cyprys

cc:  All counsel of Record (via ECF)