# GT GreenbergTraurig

Jonathan R. Cyprys
Tel 914.286.2932
Fax 914.286.2990
cyprysj@gtlaw.com

August 20, 2025

**VIA ECF**

The Honorable Robyn F. Tarnofsky
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, New York 10007

Application granted.

Date: August 21, 2025
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

Re:  *Harmon, et al. v. Mosley, et al.* Case No. 1:23-cv-04225 (JHR) (RFT)

Dear Judge Tarnofsky:

    Defendants Mr. Timothy Mosley ("Mr. Mosley"), Timbaland Productions, Inc. ("TPI"), and Mosley Music LLC ("MML") (collectively, the "Mosley Defendants") hereby move for an order granting the Mosley Defendants a one-week extension, up to and including August 27, 2025 at 5:00 p.m., to file their Motion to Disqualify ("Motion").  We have advised counsel for Mono Music Group ("Mono") that we are reviewing information that may bear upon our contemplated motion and also on potential disputes between Mono and the Mosley Defendants, and counsel for Mono has advised that it consents to our request.

    The Court has previously granted two brief extensions of this deadline to facilitate the Mosley Defendants' review of materials, assess and, if appropriate, address the relevance of Mono retaining new counsel and afford the parties time for discussion.

Respectfully submitted,

*/s/ Jonathan R. Cyprys*

Jonathan R. Cyprys

cc:  All counsel of Record (via ECF)

**Greenberg Traurig, LLP | Attorneys at Law**
One North Lexington Avenue  |  8th floor  |  White Plains, NY  10601  |  T +1 914.286.2900  |  F +1 914.286.2990

www.gtlaw.com