**GT GreenbergTraurig**

Jonathan R. Cyprys
Tel 914.286.2932
Fax 914.286.2990
cyprysj@gtlaw.com

August 27, 2025

**VIA ECF**

The Honorable Robyn F. Tarnofsky
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, New York 10007

Re: *Harmon, et al. v. Mosley, et al.* Case No. 1:23-cv-04225 (JHR) (RFT)

Dear Judge Tarnofsky:

This letter is being filed jointly by counsel for Defendants Mr. Timothy Mosley ("Mr. Mosley"), Timbaland Productions, Inc. ("TPI"), and Mosley Music LLC ("MML") (collectively, the "Mosley Parties") and Plaintiffs Leslie Jerome Harmon p/k/a "J-ROC" ("Harmon") and Bronz & Brainz Productions, Inc. ("BBPI") ("Plaintiffs").

We write to advise the Court that the Mosley Parties and Plaintiffs have reached a settlement in principle of the matter which would include Hipgnosis Songs Fund Limited, Hipgnosis Songs Group, Hipgnosis Songs Group, LLC, and Hipgnosis SFH I Limited (the "Hipgnosis Parties"). We are currently discussing and finalizing agreement on all related terms and the settlement agreement wording itself. Plaintiffs advise the Court that they are confident that the core terms have been established. Plaintiffs also wish to fully inform the Court that they require sufficient time to work through the issues presented by unresolved claims against Mono Music Group, Inc.

In light of the probable closure of the core disputes between Plaintiffs, the Mosley Parties and the Hipgnosis Parties, we jointly request that we have leave to file a status report to update the Court by Tuesday, September 2, 2025. At that time, Plaintiffs will be in a position provide settlement papers for the Court's review and to advise the Court of Plaintiffs' intentions regarding their claims against Mono Music Group, Inc.

In view of the foregoing, the Mosley Parties' anticipated Motion to Disqualify will not be submitted. However, for purposes of absolute clarity, the Plaintiffs inform the Court that they reserve all rights as to Mono Music Group, Inc., its principals and counsel based upon newly discovered evidence.

Respectfully submitted,

*/s/ Jonathan R. Cyprys*

Jonathan R. Cyprys

Greenberg Traurig, LLP | Attorneys at Law
One North Lexington Avenue | 8th floor | White Plains, NY 10601 | T +1 914.286.2900 | F +1 914.286.2990

www.gtlaw.com

The Honorable Robyn F. Tarnofsky
United States District Court
Southern District of New York
August 27, 2025
Page 2

cc:  All counsel of Record (via ECF)