UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESLIE JEROME HARMAN p/k/a "J-ROC", et al.,
                Plaintiffs,

-v-

TIMOTHY ZACHARY (ZEDD) MOSLEY, et al.,
                Defendants.

23-CV-04225 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY,** United States Magistrate Judge.

      The parties in this matter have repeatedly requested extensions of time to finalize a settlement, initially for all parties and now for certain parties only. This most recent request is particularly thin on explaining what the settling parties expect to accomplish during the requested additional time; indeed, this filing does not even specify the amount of additional time sought. At the same time, counsel for certain of the defendants wants the Court to expedite the parties' briefing and presumably the Court's ruling on summary judgment motions. I am willing to give the parties one further extension of time to try to settle all or any portion of this case. Any settling parties have until **September 20, 2025** to provide a joint update on the status but not the substance of their settlement talks. Any party that has not settled that wishes to move for summary judgment shall do so by **September 27, 2025**. Oppositions to any summary judgment motions, including the pending motion brought by the Mono Defendants, shall be due by **October 31, 2025**. Replies shall be due by **November 21, 2025**. I do not anticipate any further extensions of these deadlines.

Dated:      September 8, 2025
                New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge