# VERNER SIMON

30 WALL STREET, 8TH FLOOR ▪ NEW YORK, NEW YORK 10005 ▪ (212) 502 5500 / (856) 267-1953 FAX
pwverner@vernerlaw.com

September 29, 2025

**VIA ECF**

The Honorable Robyn F. Tarnofsky
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, New York 10007

Re: *Harmon, et al. v. Mosley, et al.* Case No. 1:23-cv-04225 (JHR) (RFT)

Dear Judge Tarnofsky:

I write regarding the Court's September 29th directive (ECF# 281) setting a call for 10:00 a.m. ET on September 30th. I request that time be pushed downward to 4:00 p.m. ET or later. The reason for the request is I am already engaged and scheduled to fly from San Diego to San Francisco early tomorrow morning for a conference with multiple counsel and will not be done with that work until 12:00 p.m. PT/3:00 p.m. ET.

Thank you for your consideration.

*/s/ Paul W. Verner, Esq.*

---

The status conference scheduled for **September 30, 2025** at 10 AM is now held at **5 PM**. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 185 305 754#.

The Clerk of Court is respectfully requested to terminate ECF 282.

Dated: September 29, 2025
  New York, NY

SO ORDERED

*Robyn Tarnofsky*
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE