UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESLIE JEROME HARMON,<br><br>      Plaintiff,<br><br> -against-<br>TIMOTHY ZACHARY (ZEDD) MOSLEY, et al.,<br><br>      Defendant. | 23-CV-4225 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the status conference held on September 30, 2025:

1. Plaintiff shall, by **October 3, 2025**, file a letter on the docket indicating whether Plaintiff and any Defendants have finalized a settlement agreement; if any parties have settled, I expect that Judge Rearden will dismiss the claims against the settling Defendants and issue a 30-day order.

2. Plaintiff shall file any motion to enforce a settlement by **October 6, 2025**; if Plaintiff files such a motion, any opposition shall be due by **October 20, 2025** and any reply shall be due by **October 27, 2025**.

3. If Plaintiff does not finalize a settlement with the Mosley Defendants and does not file a motion to enforce a settlement with the Mosley Defendants, Plaintiff may file a motion for summary judgment against the Mosley Defendants on or before **October 31, 2025**; if Plaintiff does not finalize a settlement with the Mosley Defendants and files a motion to enforce a settlement agreement with the Mosley Defendants that is denied, Plaintiff may file a motion for summary judgment against the Mosley Defendants within **14 days** of a decision denying the motion to enforce.

4. Plaintiff shall file any motion to amend the operative complaint by **October 6, 2025**; if Plaintiff files such a motion, any opposition shall be due by **October 31, 2025** and any reply shall be filed by **November 17, 2025**.

DATED: October 1, 2025
        New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge