UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESLIE JEROME HARMON,<br><br>                   Plaintiff,<br><br> -against-<br>TIMOTHY ZACHARY (ZEDD) MOSLEY, et al.,<br><br>                   Defendant. | 23-CV-4225 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      Pending before the Court is the Plaintiff's Letter Motion to file a redacted version of the Settlement Agreement between Plaintiff and the Mosley Defendants. (ECF 298.) Plaintiff attached a redacted copy of the Settlement Agreement (ECF 298-1) and a proposed order of consent to refer to a magistrate judge (ECF 298-2). Before I grant the order to seal the unredacted copy of the Settlement Agreement, the parties must follow the directions in my individual rules for making filings under seal.

      As previously stated in my order on October 24, 2025 (ECF 291), if the parties wish to consent, under 28 U.S.C. § 636(c), to conducting any further proceedings before me, the parties must submit to the Orders & Judgments Clerk at judgments@nysd.uscourts.gov a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, available at https://www.nysd.uscourts.gov/sites/default/files/2018-06-AO-3.pdf. The Court cannot authorize the consent to my jurisdiction based on the proposed order filed at ECF 298-2. Once the parties file that form, Judge Rearden will approve the consent to my jurisdiction, and any further proceedings involving Plaintiffs and the Mosley Defendants with be conducted before me rather than Judge Rearden.

If the parties were to consent to my jurisdiction, rather than staying the case, I would be included to dismiss the case with a 12-month order, which would allow the parties to seek to reopen the case within a year; if either party needed an extension of the time to request to reopen the case, they could write a letter requesting such an extension.

In light of Mr. Verner's illness, the telephonic status conference for November 7, 2025 is adjourned until Monday, **November 17, 2025 at 4:00 p.m**. The parties should be prepared to discuss the status of the case. The parties are directed to join the conference at the scheduled time. Please dial **(646) 453-4442,** Access Code: **343 890 801#**

DATED:  November 7, 2025  
           New York, NY

SO ORDERED.

_____  
**ROBYN F. TARNOFSKY**  
United States Magistrate Judge