UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESLIE JEROME HARMON,<br><br>      Plaintiff,<br><br> -against-<br>TIMOTHY ZACHARY (ZEDD) MOSLEY, et al.,<br><br>      Defendant. | 23-CV-4225 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  At a status conference held on November 17, 2025, counsel for Plaintiff and for the Mosley Defendants advised me that they expected by **November 21, 2025**: 1) to file on the docket the materials necessary (as set out in my individual practices) for me to rule on Plaintiff's Letter Motion to file a redacted version of the Settlement Agreement between Plaintiff and the Mosley Defendants (ECF 298); and 2) to submit to the Orders & Judgments Clerk a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form. They have not done so. This is not the first time that parties in this matter have not provided materials within the promised timeframe or have not complied with Court-ordered deadlines. Accordingly, a status conference will be held telephonically on Wednesday, **November 26, 2025 at 8:00 AM**.

  Counsel for Plaintiff and Mosely Defendants are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 982 634 710#.** If the parties submit the promised paperwork before that time, the conference will be cancelled.

DATED: November 24, 2025  
    New York, NY

SO ORDERED.

_____  
**ROBYN F. TARNOFSKY**  
United States Magistrate Judge