UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESLIE JEROME HARMON,<br><br>         Plaintiff,<br><br>   -against-<br>TIMOTHY ZACHARY (ZEDD) MOSLEY, et al.,<br><br>         Defendant. | 23-CV-4225 (JHR) (RFT)<br><br>**<u>ORDER</u>** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On November 25, 2025, I scheduled a telephonic settlement conference for December 4, 2025 at 3:00 PM for counsel for Plaintiffs and the Mosley Defendants in this matter; I indicated that the conference would be cancelled if the parties filed certain settlement-related documents by noon on the day of the conference. (*See* ECF 306.) The parties did not file the documents, and I therefore anticipated proceeding with the conference. At 12:30 p.m. on the day of the conference, Mr. Cyprys, who is counsel for the Mosley Defendants, emailed my chambers to say that he "sincerely apologize[d] for the last-minute notice" but that he could not "make today's conference work as [he] ha[d] a pre-existing obligation [he] must attend to"; that email message is attached as Exhibit A hereto. Mr. Verner, who is counsel for Plaintiffs, responded on the same email chain that he consented to and joined the request to reschedule the conference, asserting that the parties "have all been working diligently in fashioning the closing papers for settlement" and that "[a]ll should be filed with the Court in the next few days"; that email is attached as Exhibit B hereto. While I do not fault the parties for contacting chambers by email in light of the short notice being provided for Mr. Cyprys' inability to attend a scheduled conference, I do fault Mr. Cyprys for putting the parties and the Court in a position

where rescheduling on such short notice was necessary. The conference was placed on the calendar 9 days before it was scheduled to occur, and the scheduling order included a provision making clear what the parties needed to do for the conference to be cancelled. The finalization of the settlement in this matter has been dragging on for months, and the parties have repeatedly neglected to meet deadlines that they had input into setting. I do not understand why Mr. Cyprys did not let me know at the time the conference was placed on the calendar of he had a pre-existing obligation. If there was a calendaring mistake that caused him to be double booked, I would have appreciated candid acknowledgement of the error. If he expected the parties to make the filings that would lead to the cancellation of the conference, he should have known more than two-and-a-half hours before the start time that the parties were not going to meet that deadline. Separately, Mr. Verner's assurance that the final settlement-related documents "should be filed with the Court in the next few days" – a refrain he has repeated frequently over the past months – similarly appears to reflect a lack of respect for the Court's time. Cancelling a conference on such short notice absent an unexpected and urgent problem is discourteous to the Court, to opposing counsel, and to the other litigants who are waiting to get on the calendar. Failing to submit materials when promised similarly impedes the Court's efficient management of its caseload.

My courtroom deputy clerk let the parties know by email that the telephonic conference was off the calendar and would be rescheduled as an **in-perso**n conference on Monday **December 8, 2025 at 4:30 PM** inside of **500 Pearl St, Courtroom 9B**. If the parties submit the materials in question (a revised redacted settlement agreement that does not ask the Court to keep this case open for another two years; an unredacted version of the same; and

a motion to file the unredacted version under seal to supplant the motion to seal the prior version of the settlement agreement) by **9:00 am on Monday, December 8, 2025**, the in-person settlement conference on Monday, December 8, 2025 will be cancelled. If the parties would like to consent to my jurisdiction, they should file the appropriate form on the docket when they file the settlement-related materials; there will be no adverse consequences for declining to consent to my jurisdiction.

DATED:  December 5, 2025
       New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge

# EXHIBIT A

**From:** Anne Zeng-Huang
**To:** Tarnofsky NYSD Chambers
**Cc:** ▮▮▮▮▮▮▮▮▮▮
**Subject:** Fw: December 4 at 3 PM Conference Details. 23-cv-04225-JHR-RFT Harmon et al v. Mosley et al
**Date:** Thursday, December 4, 2025 12:43:33 PM

---

**From:** cyprysj@gtlaw.com <cyprysj@gtlaw.com>
**Sent:** Thursday, December 4, 2025 12:29 PM
**To:** Anne Zeng-Huang <▮▮▮▮▮▮▮@nysd.uscourts.gov>; pwverner_vernerlaw.com <pwverner@vernerlaw.com>; tcoats@queenconquers.com <tcoats@queenconquers.com>
**Cc:** Anne Zeng-Huang <▮▮▮▮▮▮▮@nysd.uscourts.gov>
**Subject:** Re: December 4 at 3 PM Conference Details. 23-cv-04225-JHR-RFT Harmon et al v. Mosley et al

<mark>**CAUTION - EXTERNAL:**</mark>

Ms. Zeng-Huang,

I sincerely apologize for the last-minute notice but I cannot make today's conference work as I have a pre-existing obligation I must attend to.

Can the court reschedule this to early next week? I will have much better availability then. I have connected with Mr. Verner and his client does not object to rescheduling.

Thank you,

Jon Cyprys

---

**From:** Anne Zeng-Huang <▮▮▮▮▮▮▮@nysd.uscourts.gov>
**Sent:** Tuesday, November 25, 2025 5:57 PM
**To:** pwverner_vernerlaw.com <pwverner@vernerlaw.com>; Cyprys, Jonathan (Shld-NY-WCO-LT) <cyprysj@gtlaw.com>; tcoats@queenconquers.com <tcoats@queenconquers.com>
**Cc:** Anne Zeng-Huang <▮▮▮▮▮▮▮@nysd.uscourts.gov>
**Subject:** December 4 at 3 PM Conference Details. 23-cv-04225-JHR-RFT Harmon et al v. Mosley et al

**\*EXTERNAL TO GT\***

**The conference at 3 PM will be canceled if counsel for Plaintiff and for the Mosley Defendants**
**file on the docket by 12 PM on December 4, 2025**:
(**1**) the materials necessary (as set out in my individual practices) for me to rule on Plaintiff's Letter Motion to file a redacted version of the Settlement Agreement between

Plaintiff and the Mosley Defendants (ECF 298);

(**2**) settlement agreement that contemplates dismissal with an order allowing the case to be reopened if necessary in the event of a breach of the settlement agreement (as opposed to one that contemplates staying the case for an extended period of time); and (**3**) a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form (AO 85).

**Dial in by phone at 3 PM on 12/4/2025.**
+1 646-453-4442,,982634710#

Phone conference #: 646-453-4442

Phone conference ID: 982 634 710#

Click on the blue link on your phone and it will automatically dial for you.

Thank you.

**Anne Zeng-Huang**

Courtroom Deputy to the Hon. Robyn F. Tarnofsky

United States Magistrate Judge

Southern District of New York

500 Pearl Street

New York, NY 10007

Email: ███████@nysd.uscourts.gov

Telephone: 212-805-3840

---

**From:** Paul Verner <pwverner@vernerlaw.com>
**Sent:** Tuesday, November 25, 2025 1:37 PM
**To:** Anne Zeng-Huang <███████@nysd.uscourts.gov>; cyprysj@gtlaw.com; tcoats@queenconquers.com
**Subject:** RE: PENDING RESPONSE. 23-cv-04225-JHR-RFT Harmon et al v. Mosley et al

<mark>CAUTION - EXTERNAL:</mark>

Would 3 pm ET work for the Court?  Counsel are all available at that time.

**Paul W. Verner ■ Verner Simon**

---

**30 Wall Street, 8th Floor ■ New York, NY 10005**
**Tel: (212) 502-5500 ■ Fax: (856) 267-1953 ■ Cell (917) 501-5362**

─────────────────────────────────────────────

**One Greentree Centre ■ 10000 Lincoln Drive East, Suite 201 ■ Marlton, NJ 08053**
**Tel: (856) 420-7446 ■ Fax: (856) 267-1953 ■ Cell (917) 501-5362**

─────────────────────────────────────────────

**From:** Anne Zeng-Huang <██████████@nysd.uscourts.gov>
**Sent:** Tuesday, November 25, 2025 12:13 PM
**To:** Paul Verner <pwverner@vernerlaw.com>; cyprysj@gtlaw.com; tcoats@queenconquers.com
**Cc:** Anne Zeng-Huang <██████████@nysd.uscourts.gov>
**Subject:** PENDING RESPONSE. 23-cv-04225-JHR-RFT Harmon et al v. Mosley et al

Good afternoon,

Judge Tarnofsky would like to schedule a settlement call today. Please provide a list of your availability for today. If counsel cannot call-in at the same time, we'll do exparte calls with each counsel.

Please note we've included Mr. Verner, Mr. Cyprys, and Ms. Coats in this email chain.

Thank you.

## Anne Zeng-Huang

Courtroom Deputy to the Hon. Robyn F. Tarnofsky
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
Email: ██████████@nysd.uscourts.gov
Telephone: 212-805-3840

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

─────────────────────────────────────────────

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

# EXHIBIT B

| | |
|---|---|
| **From:** | Anne Zeng-Huang |
| **To:** | Tarnofsky NYSD Chambers |
| **Cc:** | ████████████ |
| **Subject:** | Fw: December 4 at 3 PM Conference Details. 23-cv-04225-JHR-RFT Harmon et al v. Mosley et al |
| **Date:** | Thursday, December 4, 2025 12:53:23 PM |

**From:** Paul Verner <pwverner@vernerlaw.com>
**Sent:** Thursday, December 4, 2025 12:49 PM
**To:** Anne Zeng-Huang <████████@nysd.uscourts.gov>
**Cc:** cyprysj@gtlaw.com <cyprysj@gtlaw.com>; tcoats@queenconquers.com
<tcoats@queenconquers.com>
**Subject:** RE: December 4 at 3 PM Conference Details. 23-cv-04225-JHR-RFT Harmon et al v. Mosley
et al

<mark>**CAUTION - EXTERNAL:**</mark>

I confirm that plaintiffs not only consent but they join in the request.  We have
all been working diligently in fashioning the closing papers for settlement.  The
Plaintiffs have resolved their bankruptcy clawback issues.   All should be filed
with the Court in the next few days.

Thank you.

## Paul W. Verner ■ Verner Simon

**30 Wall Street, 8th Floor ■ New York, NY 10005**
**Tel: (212) 502-5500 ■ Fax: (856) 267-1953 ■ Cell (917) 501-5362**

**One Greentree Centre ■ 10000 Lincoln Drive East, Suite 201 ■ Marlton, NJ 08053**
**Tel: (856) 420-7446 ■ Fax: (856) 267-1953 ■ Cell (917) 501-5362**

**From:** cyprysj@gtlaw.com <cyprysj@gtlaw.com>
**Sent:** Thursday, December 4, 2025 12:30 PM
**To:** ████████@nysd.uscourts.gov; Paul Verner <pwverner@vernerlaw.com>;
tcoats@queenconquers.com
**Cc:** ████████@nysd.uscourts.gov
**Subject:** Re: December 4 at 3 PM Conference Details. 23-cv-04225-JHR-RFT Harmon et al v. Mosley
et al

Ms. Zeng-Huang,

I sincerely apologize for the last-minute notice but I cannot make today's conference
work as I have a pre-existing obligation I must attend to.

Can the court reschedule this to early next week? I will have much better availability then. I have connected with Mr. Verner and his client does not object to rescheduling.

Thank you,

Jon Cyprys

---

**From:** Anne Zeng-Huang <████████@nysd.uscourts.gov>
**Sent:** Tuesday, November 25, 2025 5:57 PM
**To:** pwverner_vernerlaw.com <pwverner@vernerlaw.com>; Cyprys, Jonathan (Shld-NY-WCO-LT) <cyprysj@gtlaw.com>; tcoats@queenconquers.com <tcoats@queenconquers.com>
**Cc:** Anne Zeng-Huang <████████@nysd.uscourts.gov>
**Subject:** December 4 at 3 PM Conference Details. 23-cv-04225-JHR-RFT Harmon et al v. Mosley et al

*EXTERNAL TO GT*

**The conference at 3 PM will be canceled if counsel for Plaintiff and for the Mosley Defendants**
**file on the docket by 12 PM on December 4, 2025**:
(**1**) the materials necessary (as set out in my individual practices) for me to rule on Plaintiff's Letter Motion to file a redacted version of the Settlement Agreement between Plaintiff and the Mosley Defendants (ECF 298);
(**2**) settlement agreement that contemplates dismissal with an order allowing the case to be reopened if necessary in the event of a breach of the settlement agreement (as opposed to one that contemplates staying the case for an extended period of time); and
(**3**) a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form (AO 85).

**Dial in by phone at 3 PM on 12/4/2025.**
+1 646-453-4442,,982634710#

Phone conference #: 646-453-4442
Phone conference ID: 982 634 710#

Click on the blue link on your phone and it will automatically dial for you.

Thank you.

**Anne Zeng-Huang**
Courtroom Deputy to the Hon. Robyn F. Tarnofsky
United States Magistrate Judge
Southern District of New York

500 Pearl Street
New York, NY 10007
Email: ███████████@nysd.uscourts.gov
Telephone: 212-805-3840

---

**From:** Paul Verner <pwverner@vernerlaw.com>
**Sent:** Tuesday, November 25, 2025 1:37 PM
**To:** Anne Zeng-Huang ███████████@nysd.uscourts.gov>; cyprysj@gtlaw.com; tcoats@queenconquers.com
**Subject:** RE: PENDING RESPONSE. 23-cv-04225-JHR-RFT Harmon et al v. Mosley et al

<mark>**CAUTION - EXTERNAL:**</mark>

Would 3 pm ET work for the Court?  Counsel are all available at that time.

## Paul W. Verner ■ Verner Simon

_____

**30 Wall Street, 8th Floor ■ New York, NY 10005**
**Tel: (212) 502-5500 ■ Fax: (856) 267-1953 ■ Cell (917) 501-5362**

_____

**One Greentree Centre ■ 10000 Lincoln Drive East, Suite 201 ■ Marlton, NJ 08053**
**Tel: (856) 420-7446 ■ Fax: (856) 267-1953 ■ Cell (917) 501-5362**

_____

---

**From:** Anne Zeng-Huang ███████████@nysd.uscourts.gov>
**Sent:** Tuesday, November 25, 2025 12:13 PM
**To:** Paul Verner <pwverner@vernerlaw.com>; cyprysj@gtlaw.com; tcoats@queenconquers.com
**Cc:** Anne Zeng-Huang ███████████@nysd.uscourts.gov>
**Subject:** PENDING RESPONSE. 23-cv-04225-JHR-RFT Harmon et al v. Mosley et al

Good afternoon,

Judge Tarnofsky would like to schedule a settlement call today. Please provide a list of your availability for today. If counsel cannot call-in at the same time, we'll do exparte calls with each counsel.

Please note we've included Mr. Verner, Mr. Cyprys, and Ms. Coats in this email chain.

Thank you.

**Anne Zeng-Huang**
Courtroom Deputy to the Hon. Robyn F. Tarnofsky
United States Magistrate Judge
Southern District of New York
500 Pearl Street

New York, NY 10007

Email: ███████@nysd.uscourts.gov

Telephone: 212-805-3840

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

---

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.
**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.