UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESLIE JEROME HARMON,

               Plaintiff,

    -against-
TIMOTHY ZACHARY (ZEDD) MOSLEY, et al.,

              Defendant.

23-CV-4225 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the status conference on December 9, 2025: (1) Defendants shall file a letter on the docket by **December 15, 2025** indicating whether they have consented to providing Plaintiffs' former counsel with an unredacted copy of the settlement agreement; (2) any notice under Rule 13 of the Rules for Division of Business for the S.D.N.Y. identifying Docket # 25-CV-06530 as a case related to this one shall be filed by **December 19, 2025**; and (3) any motion to fix a charging lien by Messrs. Glickman and Resnick shall be filed by **December 19, 2025**. I urge Mr. Harmon and counsel for Messrs. Glickman and Resnick to consider whether they can agree on a neutral decisionmaker (an arbitrator or this Court) to determine the amount, if any, attorneys' fees owed by Mr. Harman to his former lawyers; such an agreement would speed up resolution of this matter.

Mr. Verner is **ORDERED** to send a copy of this order by email to Mr. Harmon and to counsel for Messrs. Glickman and Resnick by **December 10, 2025** and to file proof of such service on the docket on the same day.

DATED:  December 9, 2025
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge