UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESLIE JEROME HARMON,<br><br>                Plaintiff,<br><br>    -against-<br>TIMOTHY ZACHARY (ZEDD) MOSLEY, et al.,<br><br>                Defendant. | 23-CV-4225 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiffs' motion to amend/correct complaint (**ECF 177**) is **DENIED** as moot. Mono

Defendants' motion for summary judgment (**ECF 245**) is **DENIED** as moot.

The parties' letter motions to seal the settlement agreement (**ECF 298, 310**) motion is

**GRANTED**, because the document contains the confidential financial terms of their settlement;

a redacted version appears on the docket (ECF 309-2 and 310-1).

The Clerk of Court is respectfully requested to terminate ECF 177, ECF 245, ECF 298, and

ECF 310. The Clerk of Court is further requested to continue to restrict access to private for

**ECF 312.**

DATED:  December 15, 2025
         New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge