UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESLIE JEROME HARMON,<br><br>          Plaintiff,<br><br>  -against-<br>TIMOTHY ZACHARY (ZEDD) MOSLEY, et al.,<br><br>         Defendant. | 23-CV-4225 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Defendants were directed to file a letter on the docket by December 15, 2025 indicating whether they consented to providing an unredacted copy of the settlement agreement to Plaintiff's former counsel (ECF 314). They have not done so. I am extending the deadline sua sponte and nunc pro tunc until **9:00 am** on **December 19, 202**5.

DATED:  December 16, 2025
     New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge