UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESLIE JEROME HARMON,<br><br>           Plaintiff,<br><br>   -against-<br>TIMOTHY ZACHARY (ZEDD) MOSLEY, et al.,<br><br>          Defendant. | 23-CV-4225 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Having been informed by the remaining parties to this matter that they reached a

settlement, this case is dismissed with leave to re-open until **May 17, 2027**. The Clerk of Court is

respectfully requested to close this case.

DATED:  January 22, 2026
       New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge