UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESLIE JEROME HARMON and BRONZ & BRAINZ PRODUCTIONS, INC.,

Plaintiffs,

-against-

TIMOTHY ZACHARY (ZEDD) MOSLEY, et al.,

Defendant.

23-CV-4225 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On December 9, 2025, the parties in this case consented to my jurisdiction for all purposes. (ECF 313.) On December 19, 2025, in the related case of *Verner v. Harmon, et. al.*, No. 25-CV-06530 (JHR) (RFT), former counsel to Plaintiffs in this case, Kevon Glickman, sought to enforce a charging lien against the Settlement in this case. (ECF 15.) By **November 6, 2026**, Plaintiffs are ORDERED TO SHOW CAUSE why I may not decide Glickman's motion to assert a charging lien and to fix the precise amount of the asserted charging lien in this matter. Plaintiffs may discharge this order to show cause by filing a letter on the docket, not to exceed three single-spaced pages, addressing this issue.

DATED: September 11, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge