UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESLIE JEROME HARMON and BRONZ & BRAINZ PRODUCTIONS, INC.,

Plaintiffs,

-against-

TIMOTHY ZACHARY (ZEDD) MOSLEY, et al.,

Defendant.

23-CV-4225 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Mr. Glickman, who formerly represented Harmon Parties, took the position in a letter filed at ECF 119 on the docket of the related case of *Verner v. Harmon*, 25-CV-6530 (JHR) (RFT), that he would like me to adjudicate his motion for an attorney's lien in connection with this case. In the related case, I issued an order stating that if that was his preference, he must, by **October 2, 2026** (a) refile his motion for attorney's fees, originally filed on the docket of the related case, on the docket of this case; (b) file a letter on the docket of this case stating that he is pursuing the attorney's lien only on his own account and not on behalf of Resnick; and (c) file a notice of consent to my jurisdiction in this case, since he was neither counsel to a party nor a party in this case when the original notice of consent to my jurisdiction was filed in this case. If Glickman makes these filings, Harmon Parties shall have until **October 9, 2026** to lodge any objections to my adjudication of Glickman's attorney's lien. I am also bringing forward the deadline for any other interested individuals or entities to object to my order to show cause in this case (ECF 323) from the prior deadline of November 6, 2026 to **October 9, 2026**.

DATED: September 30, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**