UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESLIE JEROME HARMON and BRONZ & BRAINZ PRODUCTIONS, INC.,

Plaintiffs,

-against-

TIMOTHY ZACHARY (ZEDD) MOSLEY, et al.,

Defendant.

23-CV-4225 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On September 30, 2026, Glickman Parties filed a document indicating their consent to my jurisdiction for all purposes in this matter. (ECF 327.) The Administrative Office of Courts has a standard form used for parties to consent to magistrate judge jurisdiction. A blank copy of the form is attached hereto as Exhibit A. Glickman Parties are ORDERED to refile their consent to my jurisdiction using the standard form.

DATED: October 15, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**