UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESLIE JEROME HARMON and BRONZ & BRAINZ PRODUCTIONS, INC.,

Plaintiffs,

-against-

TIMOTHY ZACHARY (ZEDD) MOSLEY, et al.,

Defendant.

23-CV-4225 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On November 2, 2026, Proposed Intervenor Bernard M. Resnick filed a motion to intervene in this action. (ECF 334.) Any responses to this motion shall be filed by **November 17, 2026**, and if any responses are filed, Proposed Intervenor Resnick may file a reply in further support by **November 24, 2026**.

DATED: November 4, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**