UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESLIE JEROME HARMON and BRONZ & BRAINZ PRODUCTIONS, INC.,

Plaintiffs,

-against-

TIMOTHY ZACHARY (ZEDD) MOSLEY, et al.,

Defendant.

23-CV-4225 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the conference held on November 23, 2026:

- Verner produced documents on Friday, November 20, 2026 and Monday, November 23, 2026. Resnick Parties and Glickman Parties have until **November 30, 2026** to advise the Court of whether they believe the production to be complete.
- The parties shall file a joint letter on the docket by **5:00 PM on November 24, 2026** advising the Court of whether they are open to mediation next week or the week after; if the parties would like to proceed with mediation, they should include in the letter the dates next week (week of November 30, 2026) and the week after (week of December 7, 2026) that they are available to participate.

The Clerk of Court is respectfully requested to terminate ECF 341.

DATED: November 23, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**